United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-12-888 |
| VICINAY CADENAS, S.A., | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

Because the Court has dismissed all claims asserted in this lawsuit by Plaintiff Petrobras America, Inc., the Court hereby

**ORDERS** that Plaintiff Petrobras America, Inc.'s case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT**

SIGNED at Houston, Texas, on this **24** day of July, 2018.

DAVID HITTNER
United States District Judge