United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PETROBRAS AMERICA INC., §<br>Plaintiff, § § § | |
| v. § | Civil Action No. 4:12-CV-888 |
| § § | |
| VICINAY CADENAS, S.A., § §<br>Defendant. | |

### FINAL JUDGMENT

The Parties who have appeared and are remaining in this action have filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) announcing that they have settled all pending claims and dismissing those claims with prejudice. As a result, there are no live claims remaining. Accordingly, consistent with Federal Rule of Civil Procedure 58(a), the Court hereby renders this Final Judgment terminating the matter.

SIGNED at Houston, Texas, on this 8 day of Jan, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE